| | |
|---|---|
| 1 | THAD A. DAVIS (SBN 220503) |
|   | thad.davis@ropesgray.com |
| 2 | ROCKY C. TSAI (SBN 221452) |
|   | rocky.tsai@ropesgray.com |
| 3 | ROPES & GRAY LLP |
|   | Three Embarcadero Center, Ste 300 |
| 4 | San Francisco, California  94111-4006 |
|   | Tel:    (415) 315- 6300 |
| 5 | Fax:    (415) 315-6350 |
| 6 | HARVEY J. WOLKOFF |
|   | harvey.wolkoff@ropesgray.com |
| 7 | MARK P. SZPAK |
|   | mark.szpak@ropesgray.com |
| 8 | LARA A. ORAVEC |
|   | lara.oravec@ropesgray.com |
| 9 | ROPES & GRAY LLP |
|   | Prudential Tower, 800 Boylston Street |
| 10 | Boston, MA  02199-3600 |
|   | Tel:    (617) 951-7606 |
| 11 | Fax:    (617) 235-0215 |
| 12 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHINLI CHI, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY NETWORK ENTERTAINMENT AMERICA, INC.; SONY COMPUTER ENTERTAINMENT AMERICA LLC; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; and DOES 1-10,<br><br>Defendants. | Case No.    3:11-cv-02081-LB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:  Magistrate Judge Laurel Beeler |

26709346_1.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02081-LB

1      WHEREAS, defendants Sony Network Entertainment America, Inc., Sony Computer
2  Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.), and
3  Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities
4  (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-one (21)
5  putative class action lawsuits within this District, to date;

6      WHEREAS, certain of the Sony Defendants have also been named as defendants in at
7  least eighteen (18) putative class action lawsuits pending outside this District, to date;

8      WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
9  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
10 to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
11 2011.

12     WHEREAS, the current deadline for SCEA and SNEI to respond to the Complaint is May
13 25, 2011;

14     WHEREAS, the parties have agreed to the extension of time herein for the defendants in
15 the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
16 facilitate the scheduling of this matter in coordination with the schedule for the motion before the
17 JPML;

18     NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
19 by and through their respective counsel, hereby stipulate as follows:

20     The deadline for the defendants to respond to the Complaint in the above-captioned action
21 is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
22 litigation centralizing the above-captioned action with other matters, or if centralization is denied
23 by the JPML, then 30 days from the date of such order denying centralization.

24     Either party may seek ex parte relief from this stipulated Order for good cause shown,
25 including, but not limited to, Defendants' filing of a responsive pleading in a related case.

| | | |
|---|---|---|
| Dated: May 18, 2011 | | TINA WOLFSON<br>ROBERT AHDOOT<br>AHDOOT & WOLFSON, APC |
| | By: | /s/ Robert Ahdoot /s/     [as authorized]<br>Robert Ahdoot |
| | | Attorneys for Plaintiff<br>SHINLI CHI |
| Dated: May 18, 2011 | | HARVEY WOLKOFF<br>THAD A. DAVIS<br>ROCKY C. TSAI<br>ROPES & GRAY LLP |
| | By: | /s/ Rocky C. Tsai /s/<br>Rocky C. Tsai |
| | | Attorneys for Defendants<br>SONY NETWORK ENTERTAINMENT AMERICA, INC.; SONY COMPUTER ENTERTAINMENT AMERICA LLC; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC |

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 20, 2011          By: _____
                              U.S. District Court Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]*

-2-    STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02081-LB